UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA MARINE OPERATORS, LLC | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| DOMINION GROUP, LLC and JOE "TREY" CLINE | MAGISTRATE JUDGE |

**COMPLAINT**

Plaintiff, Louisiana Marine Operators, LLC, sets forth its complaint for relief against Dominion Group, LLC and Joe "Trey" Cline avers as follows:

1.

Louisiana Marine Operators, LLC ("LMO") is a Louisiana limited liability company with its principal place of business in the state of Louisiana. LMO is in the business of providing maritime transportation and related services.

2.

Dominion Group, LLC ("Dominion") is a Louisiana limited liability company with its principal place of business located at 1201 Airline Highway, Baton Rouge, Louisiana, 70805, where it regularly conducts business.

3.

Joe "Trey" Cline is a person of the full age of majority and upon information and belief, resides within the jurisdiction of this Court, and at all pertinent times, was a registered officer of defendant, Dominion Group, LLC, and a personal guarantor of the debts set forth herein.

4.

Venue is proper in this Court pursuant to a Blanket Time Charter between LMO and Dominion, dated December 10, 2018 which provided that the venue for disputes shall be in the United States District Court for the Western District of Louisiana.

5.

Subject matter jurisdiction is proper in this Court because this matter involves a breach of an agreement to pay charter hire and other expenses and therefore, jurisdiction is proper pursuant to 28 U.S.C. §1333.

6.

LMO and Dominion entered into a business relationship whereby LMO would provide vessel transportation services to Dominion at an agreed upon price according to the parties' Blanket Time Charter ("BTC"), dated December 10, 2018.

7.

According to the BTC, Dominion agreed to pay LMO for the hire of various tugboats, along with barges to transport cargo, as well as for other related services and expenses.

8.

Defendant, Joe "Trey" Cline, executed the BTC as both an officer of Dominion and as a personal guarantor and agreed to be personally liable to LMO for any sums due under the BTC, up to a maximum of $500,000.00.

9.

In accordance with the terms of the BTC, LMO and Dominion thereafter executed Exhibit "A" - Short Form Charter Agreements for the M/V MISS DIXIE and twelve (12) barges on December 18, 2018 and the M/V CAPTAIN DENNIS H EGAN and six (6) barges on December 27, 2018.

10.

The BTC also required Dominion to pay a certain rate for charter hire per day for towboats, depending on the size of the tow along with a certain rate per day per barges. In addition, Dominion was also responsible to pay fuel, lube and Reimbursed Items, as defined in the BTC.

11.

Pursuant to the BTC, LMO was entitled to reimbursement of any fuel, lube and any Reimbursed Items at cost plus a 15% handling charge.

12.

In accordance with the BTC, LMO issued to Dominion the following:

a. Invoice No. 3690 dated December 27, 2018, in the amount of $14,222.84, for fuel for the M/V MISS DIXIE.

b. Invoice No. 3695 dated December 31, 2018, in the amount of $35,550.00, for charter hire for the CAPTAIN DENNIS H EGAN and six (6) barges.

c. Invoice No. 3705 dated December 31, 2018, in the amount of $116,144.00, for charter hire for the M/V MISS DIXIE and twelve (12) barges.

    d. Invoice No. 3706 dated December 31, 2018 in the amount of $2,587.50, for assist boats for the M/V MISS DIXIE.

    e. Invoice No. 3704 dated December 31, 2018, in the amount of $7,360.00, for fleeting services for the M/V MISS DIXIE.

    f. Invoice No. 3685 dated January 2, 2019, in the amount of $18,626.94, for fuel for the M/V MISS DIXIE.

    g. Invoice No. 3694 dated January 4, 2019, in the amount of $6,442.25, for assist boats for the M/V CAPTAIN DENNIS H EGAN.

    h. Invoice No. 3702 dated January 4, 2019, in the amount of $2,144.64, for assist boats for the M/V MISS DIXIE.

    i. Invoice No. 3703 dated January 15, 2019, in the amount of $23,000.68, for fuel for the M/V MISS DIXIE.

    j. Invoice No. 3696 dated January 21, 2019, in the amount of $121,000.00, for charter hire for the M/V CAPTAIN DENNIS H EGAN and six (6) barges.

    k. Invoice No. 3707 dated January 31, 2019, in the amount of $163,300.00, for charter hire for the M/V MISS DIXIE and twelve (12) barges.

    l. Invoice No. 3714 dated February 3, 2019, in the amount of $78,100.00, for charter hire for the M/V MISS DIXIE and twelve (12) barges.

The aforesaid invoices total $588,478.85 and are continuing.

13.

Pursuant to the BTC, for the first six (6) months of the agreement, Dominion was to pay LMO in advance before any barges were offloaded. Dominion has failed to do so.

14.

The BTC also provided for interest to accrue at a rate of 1.5% per month on any invoices which were not paid in thirty (30) days of the date of the invoice and any attorney's fees and costs incurred by LMO to collect any funds due under the BTC.

15.

LMO has made amicable demand on Dominion and Cline for payment of these invoices, to no avail.

### **Breach of Contract**

16.

LMO realleges the allegations contained in Paragraphs 1-15 of the Complaint.

17.

The aforementioned acts constitute an intentional breach of contract by Dominion and Cline. LMO contracted with Dominion to provide vessel services to Dominion including for charter hire to be paid before tows were offloaded. Dominion has failed to so.

18.

Cline also personally guaranteed all sums due under the BCA up to a maximum of $500,000.00, but has also failed to make payments.

19.

LMO is entitled to all actual and consequential damages as a result of Dominion and Cline's breach. Additionally, LMO is entitled to all contractual damages including interest at a rate of 1.5% per month beginning thirty (30) days after the invoice date and all attorney's fees and costs of LMO, as required by the BTC.

### **Louisiana Open Account**

20.

LMO realleges the allegations of Paragraphs 1-15 of the Complaint.

21.

According to Louisiana Revised Statute 9:2781, LMO is entitled to the recovery of all sums due to it by Dominion and Cline, plus attorney's fees, interest and costs.

### **Damages**

22.

LMO realleges the allegations of Paragraphs 1-15 of the Complaint.

23.

LMO shows that its damages include, but are not necessarily limited to the following:

   A. Principal invoice amounts due - $588,478.85;

   B. Interest;

   C. Attorney's fees; and

   D. All other cost and expenses of this lawsuit.

24.

Plaintiff reserves the right to amend this Complaint as new information is obtained.

**WHEREFORE,** Louisiana Marine Operators, LLC prays that, after due proceedings are had, there be judgment entered into its favor and against Dominion Group, LLC and Joe "Trey" Cline for damages sufficient to compensate it for Dominion and Cline's breach of contract and failure to pay on open account; for all equitable relief and all damages to which it is entitled; that all appropriate costs and expenses for prosecuting this action be taxed as costs and awarded to LMO at the conclusion of these proceedings; and for all attorney's fees incurred.

Respectfully submitted,
  s/Georges M. Legrand
GEORGES M. LEGRAND, T.A. (Bar #8282)
TREVOR M. CUTAIAR (Bar #33082)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 4150
New Orleans, LA 70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
E-Mail: glegrand@mblb.com;
tcutaiar@mblb.com
**ATTORNEYS FOR PLAINTIFF,
LOUISIANA MARINE OPERATORS, LLC**

**PLEASE ISSUE SUMMONS FOR SERVICE UPON:**
Dominion Group, LLC
Through its officer Joe "Trey" Cline
or Wesley Robert
1201 Airline Hwy, Tract C-1
Baton Rouge, LA 70805

Joe "Trey" Cline
1201 Airline Hwy, Tract C-1
Baton Rouge, LA 70805